**EXHIBIT 2:** INFRINGEMENT
URL: https://www.mysubscriptionaddiction.com/self-tanner-mistakes

