**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NY Daily Newswire, LLC, | : |
| Plaintiff, | : |
| v. | : Case No: 2:24-cv-01151-WSH |
| MSA Reviews LLC, | : |
| Defendant. | : |

## REQUEST TO ENTER DEFAULT

To the Clerk of the U.S. District Court
for the Western District of Pennsylvania:

You will please enter the default of Defendant MSA Reviews LLC for failure to

plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears

from the declaration of Renee J. Aragona, Esq. submitted herewith.

DATED: September 27, 2024

**SANDERS LAW GROUP**

By: ___*/s/ Renee J. Aragona*___
Renee J. Aragona, Esq. (PA Bar No. 325520)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: raragona@sanderslaw.group
File No.: 127085
*Attorneys for Plaintiff*



CLERK'S ENTRY OF DEFAULT

Date: 10/1/2024

*Katie Hall*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena