

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

February 11, 2025

<u>*Via ECF*</u>
Hon. W. Scott Hardy
U.S. District Court, Western District of Pennsylvania
700 Grant Street
Pittsburgh, Pennsylvania 15219

    Re:    *NY Daily Newswire, LLC v. MSA Reviews LLC*
            Docket No: 2:24-cv-01151-WSH

Dear Judge Hardy:

    We are counsel for Plaintiff NY Daily Newswire, LLC in this matter. Please accept this letter as Plaintiff's status report as required by the Court's Order dated February 4, 2025 (ECF No. 17). The letter is being submitted by Plaintiff individually, as defendant MSA Reviews LLC ("Defendant") has failed to appear, answer, or respond to the complaint.

    Defendant was served on August 27, 2024, setting September 17, 2024 as Defendant's deadline to answer or respond to the complaint (ECF No. 10). No answer or appearance was filed. On September 23, 24, and 25, Plaintiff served Defendant via email and regular mail with copies of the Court's September 20, 2024 Order and the filed complaint (ECF No. 13). On October 1, 2024, the Clerk's Entry of Default was entered against Defendant (ECF No 16). As the preference is to resolve the litigation on the merits rather than via default judgment, Plaintiff has continued its attempts to locate alternate contact information for Defendant who continues to actively post on its website. However, despite mailing, emailing, and sending notice through Defendant's website messaging system, no response has been received. Accordingly, Plaintiff intends to proceed with its motion for final default judgment within ten days, by February 21, 2025.

    We thank you the Court for its time and consideration.

                                               Respectfully submitted,

                                               <u>/s *Renee J. Aragona*</u>
                                               Renee J. Aragona, Esq. (PA Bar No. 325520)
                                             Sanders Law Group
                                             333 Earle Ovington Blvd, Suite 402
                                             Uniondale, NY 11553
                                             Tel: (516) 203-7600
                                             Email: raragona@sanderslaw.group
                                             File No.: 127085
                                             *Attorneys for Plaintiff*